IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE 1:13-CR-245-01-WBH |
| | : | |
| THOMAS W. DICKSON, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S FILING OF VICTIM IMPACT STATEMENT FROM
## WATKINS GLEN TIC OWNERS

The defendant files the attached email ("A") and letter ("B") from Kathy Sampognaro, group representative for the owners of the Watkins Glen TIC. The email states that the defendant owes no monies to that TIC group, which contradicts the government's victim list and loss chart, as the government claims the defendant owes restitution to the 19 owners of Watkins Glen TIC in the amount of $43,435.35. The letter speaks well of the quality of representation by the defendant to the Watkins Glen TIC.

Respectfully submitted,
*/s/ Steven H. Sadow*
STEVEN H. SADOW
Counsel for Defendant
Georgia Bar No. 622075

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
(404) 577-1400

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*<u>/s/ Steven H. Sadow</u>*
STEVEN H. SADOW