UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS DICKSON,<br><br>  Defendant. | CRIMINAL ACTION<br><br>NO. 1:13-CR-245-WBH |

## ORDER

By Order of this Court, the Clerk is **DIRECTED** to unseal all sealed documents in this case.

It is **SO ORDERED** this 23rd day of June, 2014.

_____
WILLIS B. HUNT, JR.
Judge, U. S. District Court